Argued June 6—decided June 6, 1978

NADINE O. MONROE *v.* FLOYD R. MONROE, JR.

The defendant's motion to dismiss the appeals, filed March 28 and April 28, 1978, from the Superior Court in New London County is denied by the court.

*Thomas B. Wilson,* for the appellee (defendant).

*Nadine O. Monroe,* pro se, the appellant (plaintiff).

Argued June 6—decided June 6, 1978

The plaintiff's motion requesting the consolidation of her appeals, filed March 28 and April 28, 1978, from the Superior Court in New London County is granted by the court.

*Nadine O. Monroe,* pro se, in support of the motion.

Submitted May 19—decided June 6, 1978